IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SOUTHERN MARINE SUPPLY                                                                 Plaintiff

vs.                                                    Case No. 4:01-CV-242 WKU

BENROCK, INC.                                                                          Defendant

ORDER

Proceedings in this case have been stayed pending disposition of bankruptcy proceedings in the Eastern District of Arkansas, Case No. 04-24405.

IT IS THEREFORE ORDERED that the clerk administratively terminate the action in his records without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation, order, or for any other purpose required to obtain a final determination of the litigation. Provided however, this case will not be reopened unless within <u>60</u> days of the final disposition of this matter or the proceedings in Bankruptcy Court in the Eastern District of Arkansas, Case No. 04-24405, an application to reopen is filed herein by one or more parties to this action. If no such motion to reopen is filed within said 60 day period this order shall be deemed a dismissal with prejudice of all claims made as to the individual defendant in this case.

Dated this 30th day of September, 2005.

AT THE DIRECTION OF THE COURT
James W. McCormack, Clerk

By    /s/ Marge Higginbotham
         Deputy Clerk